**Order entered January 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00896-CV

**PIERRE INVESTMENTS, INC., Appellant**

**V.**

**DAVID CORONA D/B/A CORONA AND SON CONSTRUCTION, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 12-12422-I**

## ORDER

We **GRANT** appellee's January 15, 2015 second motion for an extension of time to file a brief **TO THE EXTENT** that appellee shall file a brief by **FEBRUARY 17, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE